UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| WYLONA M. KING, | Civil No. 2:17-CV-01096-BAT |
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will:

- Reevaluate the claimant's mental impairments in light of the additional evidence from David Widlan, Ph.D.;

- Reevaluate the medical opinion evidence, including the new opinion evidence from Dr. Widlan;

- Reevaluate the claimant's subjective complaints;

Page 1     ORDER - [2:17-CV-01096-BAT]

- Reevaluate the claimant's residual functional capacity;

- Obtain vocational expert evidence and, if warranted, obtain medical expert testimony regarding the nature and severity of the claimant's impairments.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 11th day of June, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Presented by:

s/ Jeffrey R. McClain
JEFFREY R. MCCLAIN
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2945
Fax: (206) 615-2531
jeffrey.mcclain@ssa.gov